In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00474-CV**
_____

**NATHANIEL JONES III, Appellant**

**V.**

**RICHARD ALFORD, ET AL., Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-192,570**

**MEMORANDUM OPINION**

Nathaniel Jones III filed a notice of appeal but failed to file a brief. On January 15, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On February 7, 2014, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we

dismiss the appeal for want of prosecution.  Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 28, 2014
Opinion Delivered March 20, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.